# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SMITH INTERFACE TECHNOLOGIES LLC,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD, and SAMSUNG ELECTRONICS AMERICA, INC.<br><br>Defendants. | Civil Action No. 2:22-cv-00290<br><br>**JURY TRIAL DEMANDED** |

## **AGREED MOTION TO AMEND DOCKET CONTROL ORDER**

Plaintiff Smith Interface Technologies LLC ("Plaintiff") and Defendants Samsung Electronics Company, Ltd. ("SEC") and Samsung Electronics America, Inc. ("SEA") (together, SEC and SEA are "Samsung"; collectively with Plaintiff, the "Parties") respectfully request that the Court amend the Docket Control Order, showing the Court as follows:

| Event | Current Deadline | Requested Deadline |
|---|---|---|
| Comply with P.R. 3-3 & 3-4 (Invalidity Contentions) | January 31, 2023 | February 7, 2023 |
| Comply with Standing Order Regarding Subject- Matter Eligibility Contentions | January 31, 2023 | February 7, 2023 |
| Preliminary Election of Asserted Claims.<br><br>Plaintiff shall serve a Preliminary Election of Asserted Claims, identifying no more than 20 claims per asserted patent and no more than 64 claims in total. | June 2, 2023 | June 9, 2023 |

In support of the agreed motion, the Defendants state that current deadlines for invalidity contentions and subject-matter eligibility contentions occur near the Lunar New Year; therefore, meeting these deadlines has become difficult. The Defendants are requesting a one-week extension of the invalidity contention and subject-matter eligibility contention deadlines to account for the Lunar New Year, and the Plaintiff is requesting a corresponding one-week extension to serve its Preliminary Election of Asserted Claims.

WHEREFORE, the Parties respectfully request the Court enter an Amended Docket Control Order extending the above deadlines.

Dated: January 30, 2023

Respectfully submitted,

/s/ *Brett C. Govett*
BRETT C. GOVETT
Texas State Bar No. 08235900
brett.govett@nortonrosefulbright.com
JACQUELINE BAKER
Texas State Bar No. 24109609
jackie.baker@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: (214) 855-8000
Telecopier: (214) 855-8200

DANIEL S. LEVENTHAL
Texas State Bar No. 24050923
daniel.leventhal@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651-5151
Telecopier: (713) 651-5246

DANIEL S. SHUMINER
Texas State Bar No. 24124688
daniel.shuminer@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**

        98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701
Telephone: (512) 563-3094
Facsimile: (512) 536-4598


BRIAN BUSS
Texas State Bar No. 0798089
brian@bussbenefield.com
MICHAEL BENEFIELD
Texas State Bar No. 4073408
michael@bussbenefield.com
**BUSS & BENEFIELD, PLLC**
8202 Two Coves Drive
Austin, Texas 78730
Phone: 512-619-4451
Fax: 1-844-637-365

**COUNSEL FOR PLAINTIFF SMITH INTERFACE TECHNOLOGIES, LLC**


 /s/ Melissa R. Smith

Melissa R. Smith
Texas State Bar No. 24001351
GILLAM & SMITH LLP
303 South Washington Ave.
Marshall, TX 75670
903.934.8450 (Telephone)
903.934.9257 (Facsimile)
melissa@gillamsmithlaw.com

Gerald F. Ivey (*pro hac vice*)
Parmanand K. Sharma (*pro hac vice*)
Christopher T. Blackford (*pro hac vice*)
Tyler M. Akagi (*pro hac vice*)
Reginald D. Lucas (*pro hac vice*)
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
(202) 408-4000
parmanand.sharma@finnegan.com
christopher.blackford@finnegan.com

Charles H. Suh (*pro hac vice*)
Joseph M. Schaffner (*pro hac vice*)
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
1875 Explorer Street, 8th Floor
Reston, VA 20190-6023
(571) 203-2700
charles.suh@finnegan.com


**ATTORNEY FOR DEFENDANTS SAMSUNG ELECTRONICS CO., LTD. & SAMSUNG ELECTRONICS AMERICA, INC.**

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that the parties have complied with the meet-and-confer requirement in Local Rule CV-7(h) and jointly file this unopposed motion.

                                                 */s/ Melissa R. Smith*
                                                 Melissa R. Smith

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 30, 2023, the foregoing document was electronically filed with the Clerk of the Court for the Eastern District of Texas using the ECF System which will send notification to the registered participants of the ECF System as listed on the Court's Notice of Electronic Filing.

                                                 */s/ Melissa R. Smith*
                                                 Melissa R. Smith