# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SMITH INTERFACE TECHNOLOGIES LLC,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., and<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendants. | Civil Action No. 2:22-CV-0290-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## SECOND AGREED MOTION TO AMEND DOCKET CONTROL ORDER

Plaintiff Smith Interface Technologies LLC ("Plaintiff") and Defendants Samsung Electronics Company, Ltd. ("SEC") and Samsung Electronics America, Inc. ("SEA") (together, SEC and SEA are "Samsung" or "Defendants"; collectively with Plaintiff, the "Parties") respectfully request that the Court amend the Docket Control Order as follows:

| Event | Current Deadline | Requested Deadline |
|---|---|---|
| Comply with P.R. 4-2 (Exchange Preliminary Claim Constructions) | July 12, 2023 | July 21, 2023 |
| Comply with P.R. 4-1 (Exchange Proposed Claim Terms) | June 14, 2023 | June 23, 2023 |

In support of the agreed motion, the Parties state that pushing back the deadline to exchange disclosures under P.R. 4-1 and P.R. 4-2 will allow the Parties to conserve resources and focus claim construction efforts after Plaintiff's Preliminary Election (scheduled for June 9, 2023).

WHEREFORE, the Defendants respectfully request the Court enter an Amended Docket Control Order extending the above deadlines.

| | |
|---|---|
| Dated:  March 27, 2023 | Respectfully submitted, |

/s/ *Brett C. Govett*
BRETT C. GOVETT
  Texas State Bar No. 08235900
  brett.govett@nortonrosefulbright.com
JACQUELINE BAKER
Texas State Bar No. 24109609
  jackie.baker@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: (214) 855-8000
Telecopier: (214) 855-8200

DANIEL S. LEVENTHAL
  Texas State Bar No. 24050923
  daniel.leventhal@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651-5151
Telecopier: (713) 651-5246

DANIEL S. SHUMINER
  Texas State Bar No. 24124688
  daniel.shuminer@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701
Telephone:  (512) 563-3094
Facsimile:  (512) 536-4598
BRIAN BUSS
  Texas State Bar No. 00798089
  brian@bussbenefield.com
MICHAEL BENEFIELD
  Texas State Bar No. 24073408
  michael@bussbenefield.com
**BUSS & BENEFIELD, PLLC**
8202 Two Coves Drive
Austin, Texas 78730
Phone: 512-619-4451
Fax: 1-844-637-365

**Counsel for Plaintiff Smith Interface Technologies, LLC**

Dated: March 27, 2023

/s/ *Tyler M. Akagi*
Gerald F. Ivey (*pro hac vice*)
Parmanand K. Sharma (*pro hac vice*)
Christopher T. Blackford (*pro hac vice*)
Tyler M. Akagi (*pro hac vice*)
Reginald D. Lucas (*pro hac vice*)
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
(202) 408-4000
gerald.ivey@finnegan.com
parmanand.sharma@finnegan.com
christopher.blackford@finnegan.com
tyler.akagi@finnegan.com
reginald.lucas@finnegan.com

Charles H. Suh (*pro hac vice*)
Joseph M. Schaffner (*pro hac vice*)
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
1875 Explorer Street, 8th Floor
Reston, VA 20190-6023
(571) 203-2700
charles.suh@finnegan.com
joseph.schaffner@finnegan.com

Melissa R. Smith
Texas State Bar No. 24001351
GILLAM & SMITH LLP
303 South Washington Ave.
Marshall, TX 75670

>903.934.8450 (Telephone)
>903.934.9257 (Facsimile)
>melissa@gillamsmithlaw.com
>
>**Counsel for Defendants**
>**Samsung Electronics Co., Ltd. &**
>**Samsung Electronics America, Inc.**

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that the parties have complied with the meet-and-confer requirement in Local Rule CV-7(h) and jointly file this unopposed motion.

>*/s/ Melissa R. Smith*
>Melissa R. Smith

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 27, 2023, the foregoing document was electronically filed with the Clerk of the Court for the Eastern District of Texas using the ECF System which will send notification to the registered participants of the ECF System as listed on the Court's Notice of Electronic Filing.

>*/s/ Melissa R. Smith*
>Melissa R. Smith