IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SMITH INTERFACE TECHNOLOGIES LLC, § § § *Plaintiff,* § § v. § § SAMSUNG ELECTRONICS CO., LTD., § SAMSUNG ELECTRONICS AMERICA, § INC., § § *Defendant.* § § | Case No. 2:22-CV-00290-JRG-RSP |

## ORDER

In light of the amended complaint filed by plaintiff Smith Interface Technologies LLC, Dkt. No. 28, which defendants Samsung Electronics Co. and Samsung Electornics America, Inc. have since answered, Dkt. No. 38, defendants motion to dismiss the original complaint, Dkt. No. 20, is hereby **DENIED AS MOOT**. *See Bosarge v. Mississippi Bureau of Narcotics,* 796 F.3d 435, 440 (5th Cir. 2015) ("An amended complaint supersedes the original complaint and renders it of no legal effect unless the amended complaint specifically refers to and adopts or incorporates by reference the earlier pleading." (quoting *King v. Dogan*, 31 F.3d 344, 346 (5th Cir. 1994)).

**SIGNED this 30th day of May, 2023.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE