IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SMITH INTERFACE TECHNOLOGIES LLC,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD, and SAMSUNG ELECTRONICS AMERICA, INC.<br><br>Defendants. | Civil Action No. 2:22-cv-00290-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## UNOPPOSED MOTION TO AMEND DOCKET CONTROL ORDER

Plaintiff Smith Interface Technologies LLC ("Plaintiff") respectfully request that the Court amend the Docket Control Order, showing the Court as follows:

| Event | Current Deadline | Requested Deadline |
|---|---|---|
| Preliminary Election of Prior Art<br><br>Defendants shall serve a Preliminary Election of Prior Art, identifying no more than 24 prior art references against each asserted patent and no more than 80 references in total. | July 2, 2023 | July 7, 2023 |
| Comply with P.R. 4-1 (Exchange Proposed Claim Terms) | June 23, 2023 | June 30, 2023 |
| Preliminary Election of Asserted Claims<br><br>Plaintiff shall serve a Preliminary Election of Asserted Claims, identifying no more than 20 claims per asserted patent and no more than 64 claims in total. | June 9, 2023 | June 16, 2023 |

In support of the unopposed motion, Plaintiff is requesting extensions of the preliminary election deadlines and P.R. 4-1 deadline to allow the parties additional time to potentially narrow disputes.

WHEREFORE, the Plaintiff respectfully request the Court enter an amended Docket Control Order extending the above deadlines.

Dated:  June 9, 2023

                                            Respectfully submitted,

/s/ *Daniel S. Leventhal*
BRETT C. GOVETT
  Texas State Bar No. 08235900
  brett.govett@nortonrosefulbright.com
JACQUELINE BAKER
Texas State Bar No. 24109609
  jackie.baker@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: (214) 855-8000
Telecopier: (214) 855-8200

DANIEL S. LEVENTHAL
  Texas State Bar No. 24050923
  daniel.leventhal@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651-5151
Telecopier: (713) 651-5246

DANIEL S. SHUMINER
  Texas State Bar No. 24124688
  daniel.shuminer@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701
Telephone:  (512) 563-3094
Facsimile:  (512) 536-4598

                                          BRIAN BUSS
                                            Texas State Bar No. 00798089
                                            brian@bussbenefield.com
                                          MICHAEL BENEFIELD
                                            Texas State Bar No. 24073408
                                            michael@bussbenefield.com
                                         **BUSS & BENEFIELD, PLLC**
                                         8202 Two Coves Drive
                                         Austin, Texas 78730
                                         Phone: 512-619-4451
                                         Fax: 1-844-637-365

                                         ***Counsel for Plaintiff Smith Interface Technologies, LLC***

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that the parties have complied with the meet-and-confer requirement in Local Rule CV-7(h) and the motion is unopposed.

*/s/ Daniel S. Leventhal*
Daniel S. Leventhal

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 9, 2023 the foregoing document was electronically filed with the Clerk of the Court for the Eastern District of Texas using the ECF System which will send notification to the registered participants of the ECF System as listed on the Court's Notice of Electronic Filing.

*/s/ Daniel S. Leventhal*
Daniel S. Leventhal