IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SMITH INTERFACE TECHNOLOGIES, LLC<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD, and SAMSUNG ELECTRONICS AMERICA, INC.<br><br>Defendants. | Civil Action No. 2:22-cv-00290-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION TO DISMISS WITH PREJUDICE**
**PURSUANT TO RULE 41(a)(2)**

Plaintiff Smith Interface Technologies, LLC and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc., have resolved all claims and counterclaims in this case. Pursuant to Fed. R. Civ. P. 41(a)(2), the parties hereby jointly move this Court to dismiss with prejudice all claims and counterclaims asserted in this matter with each party bearing its own costs, expenses, and attorneys' fees.

Dated: July 7, 2023

Respectfully submitted,

/s/ *Daniel S. Leventhal*
BRETT C. GOVETT
  Texas State Bar No. 08235900
  brett.govett@nortonrosefulbright.com
JACQUELINE BAKER
Texas State Bar No. 24109609
  jackie.baker@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: (214) 855-8000
Telecopier: (214) 855-8200

DANIEL S. LEVENTHAL
  Texas State Bar No. 24050923
  daniel.leventhal@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651-5151
Telecopier: (713) 651-5246

DANIEL S. SHUMINER
  Texas State Bar No. 24124688
  daniel.shuminer@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701
Telephone:  (512) 563-3094
Facsimile:  (512) 536-4598
BRIAN BUSS
  Texas State Bar No. 00798089
  brian@bussbenefield.com
MICHAEL BENEFIELD
  Texas State Bar No. 24073408
  michael@bussbenefield.com
**BUSS & BENEFIELD, PLLC**
8202 Two Coves Drive
Austin, Texas 78730
Phone: 512-619-4451
Fax: 1-844-637-365

***Counsel for Plaintiff Smith Interface Technologies, LLC***

2

| | |
|---|---|
| Dated: July 7, 2023 | /s/ *Christopher T. Blackford* <br> Parmanand K. Sharma (*pro hac vice*) <br> parmanand.sharma@finnegan.com <br> Gerald Ivey (*pro hac vice*) <br> gerald.ivey@finnegan.com <br> Christopher T. Blackford (*pro hac vice*) <br> Texas State Bar No. 24045502 <br> christopher.blackford@finnegan.com <br> Tyler M. Akagi (*pro hac vice*) <br> tyler.akagi@finnegan.com <br> **FINNEGAN, HENDERSON, FARABOW,** <br> **GARRETT & DUNNER, LLP** <br> 901 New York Avenue, N.W. <br> Washington, D.C. 20001-4413 <br> (202) 408-4000 <br><br> Charles H. Suh (*pro hac vice*) <br> charles.suh@finnegan.com <br> Joseph M. Schaffner (*pro hac vice*) <br> joseph.schaffner@finnegan.com <br> **FINNEGAN, HENDERSON, FARABOW,** <br> **GARRETT & DUNNER, LLP** <br> 1875 Explorer Street, 8th Floor <br> Reston, VA 20190-6023 <br> (571) 203-2700 <br><br> Melissa R. Smith <br> Texas State Bar No. 24001351 <br> **GILLAM & SMITH LLP** <br> 303 South Washington Ave. <br> Marshall, TX 75670 <br> 903.934.8450 (Telephone) <br> 903.934.9257 (Facsimile) <br> melissa@gillamsmithlaw.com <br><br> ***Counsel for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*** |

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that the parties have complied with the meet-and-confer requirement in Local Rule CV-7(h) and the motion is joint.

                                                   */s/ Daniel S. Leventhal*
                                                   Daniel S. Leventhal

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 7, 2023 the foregoing document was electronically filed with the Clerk of the Court for the Eastern District of Texas using the ECF System which will send notification to the registered participants of the ECF System as listed on the Court's Notice of Electronic Filing.

                                                   */s/ Daniel S. Leventhal*
                                                   Daniel S. Leventhal