**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| SMITH INTERFACE TECHNOLOGIES, LLC<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD, and<br>SAMSUNG ELECTRONICS AMERICA, INC.<br><br>*Defendants*. | Civil Action No. 2:22-cv-00290-JRG-RSP |

**ORDER**

Before the Court is the Joint Motion to Dismiss with Prejudice Pursuant to Rule 41(a)(2) (the "Motion") Plaintiff Smith Interface Technologies, LLC and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung") (Plaintiff and Samsung together, the "Parties"). **Dkt. No. __.** In the Motion, the Parties move to dismiss their respective claims and counterclaims in the above-captioned case, with each party bearing its own costs, expenses, and attorneys' fees. *Id.*

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that all claims and counterclaims in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs and fees. The Clerk is directed to **CLOSE** the above-captioned case.